# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00207-CR

**James Burlin Collins, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
### NO. 53,674, HONORABLE JOE CARROLL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

James Burlin Collins seeks to appeal from a judgment of conviction for burglary of a habitation. The trial court has certified that this is a plea bargain case and Collins has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The appeal is dismissed. *See id.* rule 25.2(d).

David Puryear, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed

Filed: May 8, 2003

Do Not Publish